UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 13-15855

_____

District Court Docket No.
8:13-cv-02558-SDM

In re: EDELMIRO TOLEDO-CARDONA,

                Debtor.

_____

BANK OF AMERICA, NA,

                Plaintiff - Appellant,

versus

EDELMIRO TOLEDO-CARDONA,

                Defendant - Appellee.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 15, 2014
For the Court: John Ley, Clerk of Court
By: Jeff R. Patch

**ISSUED AS MANDATE:  06/16/2014**