# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 17, 2014

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

    Re:  Bank of America, N.A.
           v. Edelmiro Toledo-Cardona
           No. 14-163
           (Your No. 13-15855)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.  The petition for a writ of certiorari in No. 13-1421 is granted.  The cases are consolidated and a total of one hour is allotted for oral argument.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk